UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT TO NEW YORK
————————————————————————X
In re:                                                                          Chapter 13
                                                                                      Case#21-42063-ess

          ZHAN PENG CAO

                                           **SUBSTITUTION OF ATTORNEY**
                     Debtor

————————————————————————X

      IT IS HEREBY CONSENTED that Zhan Peng Cao as pro-se debtor be substituted for Sadatu O. Salami-Oyakhilome, P.C. as the attorney for the debtor, Zhan Peng Cao on the record for the undersigned party(ies) in the above entitled action in place and stead of the undersigned attorney(s) as of the date hereof.

      Dated:    Sept. 30, 2021

                                                    Sadatu O. Salami-Oyakhilome,

                                                    Zhan Peng Cao

**STATE OF NEW YORK**   }
                                 }ss.:
**COUNTY OF QUEENS**    }

      On the 30th day of Sept., 2021, before me personally appeared Zhan Peng Cao personally known to me or proved to me or on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

                                                    Notary Public

1

                                                    **WING TAK CHEUNG**
                                            **NOTARY PUBLIC, State of New York**
                                                  **NO. 01CH6148924**
                                            **Qualified in Queens County**
                                     **Commission Expires July 3rd, 2022**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT TO NEW YORK
_____X
In re:

                                                        Chapter 13
                                                        Case#21-42063-ess

ZHAN PENG CAO

Debtor

_____X

To Hon. Elizabeth S. Stong:

Please be advised that I can not represent the debtor, Zhan Peng Cao at this time because the translator who can translate Wenzhounese is currently out of country and will not be available at least few months later.   I am unable to find another translator who speaks Wenzhounes at this time, and therefore, I am unable to communicate with the debtor and for this reason I must withraw as the debtor's attorney in this bankruptcy court as of today.

Dated:   Sept. 30, 2021
            Queens, NY

LAW OFFICE OF SALAMI-OYAKHILOME, P. C.

By _____
Sadatu O. Salami-Oyakhilome, Esq.
Attorney for the defendant
147-26 Hillside Ave. Second Floor
Jamaica, NY 11435
Tel:   718-298-6029
Email:   Sadatuesq@aol.com

2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT TO NEW YORK
_____X
In re:

                                                                Chapter 13
                                                                Case#21-42063-ess

                       ZHAN PENG CAO


                            Debtor

_____X


## CERTIFICATE OF SERVICE

I, Ai G. Zhang certify that on Oct. 13, 2021, I cause do be served a true copy of the annexed substitution of attorney dated Sept. 30, 2021 as the attorney withdraw as the debtor's attorney in this bankruptcy petition by mailing by first class mail in a sealed envelope, with postage prepaid thereon, in a post official depository of the U.S. Postal Service addressed to the las known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

                                                                                _____
                                                                                Ai G. Zhang

CC:  Marinanne De Rosa
 Office of the Chapter 13 Trustee
 100 Jericho Quadrangle, ste. 127
 Jericho, NY 11753

 U.S. Trustee
 United States Trustee
 U.S. Federal Office Building
 201 Varick Street, Room 1006
 New York, NY 10014

 Zhan W. Cao
 Creditor
 42-06a Bell Blvd.#108
 Bayside, NY 11361

 Friedman Vartolo, LLP
 Attorney for Rushmore Loan Management Service, LLC as a servicer
 For US Bank, N.A
 1325 Franklin Ave. suite 160
 Garden City, NY 11530

# United States Bankruptcy Court
# Eastern District of New York

Drop box filer form (to be filled out and added to envelope):

Filer's Full Name: Zhan Peng Cao

Address: 141-19 Cherry Ave. 2nd Fl. Flushing, NY 11355

Phone Number: 917-238-5507

Email Address: _____

If required, Related Case Number: 21-42063-ess

Debtor(s) names: Zhan Peng Cao

Dear clerk:

Please file these documents ASAP. Thank you

RECEIVED/DB
2021 OCT 14 P 4:29
CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK